## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Tyrone F. Ward, Jr., | Civ. No. 15-2593 (SRN/BRT) |
| Plaintiff, | |
| v. | |
| Minnesota Security Hospital, et. al, Clay Haglund, and Jamie Niesen, | **ORDER** |
| Defendants. | |

The above matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated November 9, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. This action is DISMISSED WITHOUT PREJUDICE.

Date: November 30, 2015

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge